**FILED**

APR 29 2013
April 29 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Vision Films, Inc.

Plaintiff

V.

Case No: 1:13-cv-00071
Honorable Edmond E. Chang

Docket No: 1:13-cv-00071
IP. address 62.165.139.7

Defendant

I Docket No: 1:13-cv-00071 is Filing a protective Motion to Quash or Vacate the Subpoena in the Court, where the Subpoena was Issued. United States District Court For the Northern District of Illinois.

I Docket No: 1:13-cv-00071. IP. address 62.165.139.7. Please grant me permission to File a protective Motion to Quash or Vacate the Subpoena in the Court where the Subpoena was Issued. I Just Found out that this happend on my Computer. No one is telling me what happend or who Did this to me. I'm So Very, Very Sorry. that this happend, this will not happen again.